Paul Q. Goyette, SB #137250
Gary Lee Lacy, SB #108444
GOYETTE & ASSOCIATES, INC.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
916-851-1900
916-851-1995 Facsimile

Attorneys for Defendant BRYAN ROBERT BENSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-0423-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE: MODIFICATION OF** |
| ) | |
| vs. ) | **DEFENDANT'S TERMS OF RELEASE** |
| ) | |
| BRYAN ROBERT BENSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 12, 2013, the Court ordered Defendant Robert Benson released on $175,000.00 bond secured by real property. Additional conditions of release were stated on the record including, but not limited to, Defendant's participation in a monitoring program.

On or about July 3, 2013, Chief Judge Morrison C. England, Jr. made a decision to have Pretrial Services terminate use of GPS and an alternative monitoring program installed. As a result, the parties hereby agree and stipulate that condition #14 of Defendant's release be modified as follows:

Defendant shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in Defendant's residence and a radio frequency transmitter device attached to your [Defendant's] person. Defendant

-1-
Stipulation Re: Modification of Defendant's Terms of Release

shall comply with all instructions for the use and operation of said devices as given to Defendant by the Pretrial Services Agency and employees of the monitoring company. Defendant shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

HOME DETENTION: Defendant is hereby restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

IT IS HEREBY STIPULATED.

Dated: July 8, 2013

By: _____
R. Steven Lapham
Assistant U.S. Attorney
United States Attorney

Dated: July 8, 2013

By: _____
Paul Q. Goyette, Esq.
Attorney for Defendant BRYAN ROBERT BENSON

**ORDER**

IT IS SO ORDERED.

DATED: July 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE