```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>    v.                       )<br>                             )<br> BRYAN ROBERT BENSON,         )<br>                             )<br>         Defendants.         )<br> _____ ) | CR. NO. 2:12-cr-0423 GEB<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING ON<br>DEFENDANT'S DISCOVERY<br>MOTION |

   IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the hearing on defendant's Motion for Discovery, currently set for July 19, 2013, may be continued to August 2, 2013 at 2:00 p.m.

DATED: July 18, 2013

                              BENJAMIN B. WAGNER
                              United States Attorney

                          By: /s/ R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney


DATED: July 18, 2013          s/ Paul Q. Goyette
                              PAUL Q. GOYETTE
                              Goyette & Associates, Inc.
                              Counsel for Bryan Robert Benson

1

O R D E R

IT IS SO ORDERED.

                                        /s/ Carolyn K. Delaney
                                      HON. CAROLYN K. DELANEY
                                      United States Magistrate Judge